**329-15**

# ELECTRONIC RECORD

CCA #   09-15-00006-CR            OFFENSE:     Aggravated Assault

STYLE:   Mitchell Corey Knighton<br>       v. The State of Texas          PUNISHMENT:  12 years

                                              COUNTY:     Polk

TRIAL COURT:       411th District Court                   MOTION<br>
TRIAL COURT #:      22233               FOR REHEARING IS:<br>
TRIAL COURT JUDGE:  Judge Kaycee Jones      DATE:<br>
DISPOSITION:   DISMISSED             JUDGE:

DATE:     02-04-15

JUSTICE:   Leanne Johnson     PC    NO    S    YES<br>
PUBLISH:   NO              DNP:    YES

CLK RECORD:                         SUPP CLK RECORD:<br>
RPT RECORD:                         SUPP RPT RECORD:<br>
STATE BR:                             SUPP BR:<br>
APP BR:                                PRO SE BR:

**329-15**

# IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**               CCA #       PD-0329-15

\---------------------

__PRO SE__ Petition               Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE: _____

_REFUSED_                         JUDGE: _____

DATE: _06/10/2015_            SIGNED: _____      PC: _____

JUDGE: _Per Curiam_            PUBLISH: _____     DNP: _____

\-----------------------

_____ MOTION FOR REHEARING IN      MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____          _____ ON _____

JUDGE: _____               JUDGE: _____